Dora V. Lane, Esq., Nevada Bar No. 8424
dlane@hollandhart.com
S. Jordan Walsh, Esq., Nevada Bar No. 13481
sjwalsh@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Defendant
Great Basin Water Co.*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD BOSKOVICH, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT BASIN WATER CO., DOES 1-x; ROE CORPORATIONS I-X.,<br><br>Defendant. | **CASE NO.: 2:19-cv-01001-JCM-NJK**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff, RONALD BOSKOVICH, by and through his undersigned counsel, and Defendant, GREAT BASIN WATER CO., by and through its undersigned counsel, that Defendant may have an additional two (2) weeks, fourteen (14) days, up to and including July 19, 2019, to file an answer or otherwise respond to Plaintiff's Complaint filed in this action on June 12, 2019 and served on Defendant on June 13, 2019.

The reason for the extension request is as follows. The matter was recently received by local Nevada counsel. Local counsel requires additional time to review the matter before counsel can respond to the Plaintiff's Complaint. Accordingly, the requested two-week (2) extension is necessary to enable Defendant to meaningfully evaluate Plaintiff's claims and prepare a response.

This is the first request for an extension of time for this deadline requested by the parties in this case.

RESPECTFULLY SUBMITTED:

Dated: June 28, 2019

By: /s/ S. Jordan Walsh
Dora V. Lane, Esq.
S. Jordan Walsh, Esq.
Holland & Hart
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorney for Defendant
Great Basin Water Co.*

Dated: June 28, 2019

By: /s/ Jenny L. Foley, Ph.D., Esq.
Jenny L. Foley, Ph.D., Esq.
Marta D. Kurshumova, Esq.
HKM Employment attorneys LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 625-3839

*Attorney for Plaintiff
Ronald Boskovich*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2019