Dora V. Lane, Esq., Nevada Bar No. 8424
dlane@hollandhart.com
S. Jordan Walsh, Esq., Nevada Bar No. 13481
sjwalsh@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Defendant*
*Great Basin Water Co.*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

RONALD BOSKOVICH, an Individual,

Plaintiff,

vs.

GREAT BASIN WATER CO., DOES 1-x;
ROE CORPORATIONS I-X.,

Defendant.

**CASE NO.: 2:19-cv-01001-JCM-NJK**

**STIPULATION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION SESSION; ORDER**

**(First Request)**

IT IS HEREBY STIPULATED by and between Plaintiff, RONALD BOSKOVICH and Defendant, GREAT BASIN WATER CO. (collectively the "Parties"), by and through their undersigned counsel that the Parties request the Court to continue the Early Neutral Evaluation Session (the "ENE") scheduled for September 12, 2019, to a later date.

Good cause exists for continuing the ENE in this matter. The basis for the Parties request for the continuance of the ENE is as follows:

The ENE in the above captioned matter is currently scheduled for Thursday, September 12, 2019. However, Defendant's General Counsel is unavailable to attend the ENE on September 12, 2019 because she has to attend an out of state trial during the week of September 9, 2019.

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

1       Based on the above scheduling conflict, the requested continuance of the ENE

2 scheduled for September 12, 2019 is necessary to enable Defendant to meaningfully participate

3 in the ENE. While the Parties understand that the Court may re-schedule the ENE to a date and

4 time acceptable to the Court, both sides are available on Monday, September 16, 2019 or

5 Tuesday, September 17, 2019. In addition, Defendant wishes to inform the Court that

6 Defendant's lead trial counsel is also lead trial counsel for a case pending in the Eighth Judicial

7 District Court of the State of Nevada, Clark County (*USI Insurance Services LLC vs. Tracy*

8 *Gerbino et al,* Case #: A-18-776276-C, Department 32), which is set for a 5-week trial stack

9 commencing on October 14, 2019. As such, scheduling the ENE during this period may create

10 another scheduling conflict.

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

This is the first request for a continuance of the ENE requested by the Parties in this case.

RESPECTFULLY SUBMITTED:

Dated: July 29, 2019

By: /s/ S. Jordan Walsh
Dora V. Lane, Esq.
S. Jordan Walsh, Esq.
Holland & Hart
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorney for Defendant*
*Great Basin Water Co.*

Dated: July 29, 2019

By: /s/ Jenny L. Foley, Ph.D., Esq.
Jenny L. Foley, Ph.D., Esq.
Marta D. Kurshumova, Esq.
HKM Employment attorneys LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 625-3839

*Attorney for Plaintiff*
*Ronald Boskovich*

**IT IS ORDERED** that the ENE conference currently scheduled for 9/12/2019 is **VACATED** and **CONTINUED** to **9/16/2019**. Plaintiff shall appear at 8:30 a.m., and defendant shall appear at 9:00 a.m. Confidential ENE statements shall be due no later than **4:00 p.m. 9/9/19.** All other instructions within the original Order Setting Early Neutral Evaluation (ECF No. 13) shall remain in effect.

Dated: July 31, 2019

Brenda Weksler
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that on July 29, 2019, I served a copy of the foregoing **STIPULATION FOR CONTINUANCE OF EARLY NEUTRAL EVAUALTION SESSION; ORDER** on all parties by:

☐ Certified Mail, Return Receipt Requested
☐ Hand Delivery
☐ Fax
☒ U.S. Mail or E-mail (as indicated below)

At the following contact address:

Jenny L. Foley, Ph.D., Esq.
*By E-mail to jfoley@hkm.com*

*Attorney for Plaintiff*
*Ronald Boskovich*

/s/ Amanda De La Rosa
Amanda De La Rosa

13333007_v1

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511