Dora V. Lane
Nevada Bar No. 8424
Sarah J. Walsh
Nevada Bar No. 13481
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Phone: 775.327.3000
Fax: 775.786.6179
dlane@hollandhart.com
sjwalsh@hollandhart.com

*Attorneys for Defendant*
*GREAT BASIN WATER CO.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RONALD BOSKOVICH, an Individual,,

Plaintiff,

v.

GREAT BASIN WATER CO., DOES I-X; ROE CORPORATIONS I-X;,

Defendant.

Case No.: 2:19-cv-01001-JCM-NJK

**STIPULATED REQUEST FOR INSURANCE ADJUSTER TO APPEAR AT ENE SESSION VIA TELEPHONE**

IT IS HEREBY STIPULATED by and between Plaintiff, RONALD BOSKOVICH and Defendant, GREAT BASIN WATER CO. (collectively the "Parties"), by and through their undersigned counsel, that the representative from Great Basin Water Co.'s insurer may appear via telephone at the Early Neutral Evaluation Session (the "ENE") scheduled for September 16, 2019, at 9:00 a.m. The reason for the request submitted by Great Basin Water Co.'s insurer is the fact that the representative assigned to this case lives and works in New York and would greatly appreciate being relieved of the burden and expense of traveling from New York to Las Vegas. The representative is available to be present telephonically throughout the entire ENE (as opposed to being available for a call off and on during the ENE) and intends to ensure no interruptions in her participation. Based on this Stipulation, the Parties hereby respectfully

1

request the Court to permit Great Basin Water Co.'s insurer representative to appear via telephone at the ENE.

DATED this 9th day of September, 2019.

| HKM EMPLOYMENT ATTORNEYS, LLP | HOLLAND & HART LLP |
|---|---|
| /s/ Marta D. Kurshumova | /s/ Dora V. Lane |
| Jenny L. Foley, Ph.D., Esq. | Dora Lane, Esq. |
| Nevada Bar No. 9017 | Nevada Bar No. 8424 |
| Marta D. Kurshumova, Esq. | S. Jordan Walsh, Esq. |
| Nevada Bar No. 14728 | Nevada Bar No. 13481 |
| 1785 East Sahara, Ste 300 | 5441 Kietzke Lane, 2nd Floor |
| Las Vegas, NV 89104 | Reno, NV 89511 |
| 702.805.8340 | 775.327.3000 |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 10, 2019

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 9th day of September, 2019, I served a true and correct copy of the foregoing **STIPULATED REQUEST FOR INSURANCE ADJUSTER TO APPEAR AT ENE SESSION VIA TELEPHONE** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

> Jenny Foley, Esq.
> jfoley@hkm.com
> Marta Kurshumova
> mkurshumova@hkm.com
> 1785 E. Sahara Ave Ste 300
> Las Vegas, NV 89104

/s/ Amanda De La Rosa
An Employee of Holland & Hart LLP

13519461_v1

3