Dora V. Lane, Esq., Nevada Bar No. 8424
dlane@hollandhart.com
S. Jordan Walsh, Esq., Nevada Bar No. 13481
sjwalsh@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Defendant*
*Great Basin Water Co.*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD BOSKOVICH, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT BASIN WATER CO., DOES 1-x; ROE CORPORATIONS I-X.,<br><br>Defendant. | CASE NO.: 2:19-cv-01001-JCM-NJK<br><br>**STIPULATION FOR RESETTING OF EARLY NEUTRAL EVALUATION SESSION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, RONALD BOSKOVICH and Defendant, GREAT BASIN WATER CO. (collectively the "Parties"), by and through their undersigned counsel, that the Early Neutral Evaluation Session (the "ENE") shall be rescheduled to October 15, 2019.

//
//
//
//
//
//

1

Plaintiff will report to Magistrate Judge Weksler's chambers, Room 3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada at **8:30 a.m.** Defendant will report to Magistrate Weksler's chambers at **9:00 a.m.**

RESPECTFULLY SUBMITTED:

Dated: October 7, 2019.

By: */s/ Dora Lane*
Dora V. Lane, Esq.
S. Jordan Walsh, Esq.
Holland & Hart
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorney for Defendant*
*Great Basin Water Co.*

Dated: October 7, 2019

By: */s/ Marta Kurshumova, Esq.*
Jenny L. Foley, Ph.D., Esq.
Marta D. Kurshumova, Esq.
HKM Employment attorneys LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 625-3839

*Attorney for Plaintiff*
*Ronald Boskovich*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/8/19

2

# CERTIFICATE OF SERVICE

I certify that on October 7, 2019, I served a copy of the foregoing **STIPULATION FOR RESETTING OF EARLY NEUTRAL EVAUALTION SESSION; ORDER** on all parties by:

☐ Certified Mail, Return Receipt Requested
☐ Hand Delivery
☐ Fax
☒ U.S. Mail or E-mail (as indicated below)

At the following contact address:

Jenny L. Foley, Ph.D., Esq.
*By E-mail to jfoley@hkm.com*

*Attorney for Plaintiff
Ronald Boskovich*

/s/ Amanda De La Rosa
Amanda De La Rosa

13641521_v1

3