**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD BOSKOVICH, an Individual, | CASE NO.: 2:19-cv-01001-JCM-NJK |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF ATTORNEY MARTA D. KURSHUMOVA** |
| GREAT BASIN WATER CO., DOES I -X; ROE CORPORATIONS I -X. | |
| Defendant. | |

    Plaintiff Ronald Boskovich, by and through his counsel Jenny L. Foley, Esq., hereby requests the Court remove attorney Marta D. Kurshumova, Esq. as counsel of record from the above-captioned case. Plaintiff has been and continues to be represented in this matter by Jenny L. Foley, Ph.D., Esq. and HKM Employment Attorneys, LLP.

///

///

///

///

///

///

1      Dated this 12th day of August, 2020.

2                                              HKM EMPLOYMENT ATTORNEYS LLP

3                                              */s/ Jenny L. Foley*
                                               Jenny L. Foley, Ph.D., Esq.
4                                              Nevada Bar No. 9017
                                               1785 East Sahara, Suite 300
5                                              Las Vegas, Nevada 89104
                                               Tel: (702) 805-8340
6                                              Fax: (702) 920-8112
                                               E-mail: jfoley@hkm.com
7                                              *Attorney for Plaintiff*

IT IS SO ORDERED.
Dated:  August 13, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge