# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD BOSKOVICH,

    Plaintiff(s),

v.

GREAT BASIN WATER CO.,

    Defendant(s).

Case No.: 2:19-cv-01001-JCM-NJK

**ORDER**

On January 16, 2020, the parties filed a notice of settlement indicating that dismissal papers would be filed promptly thereafter. Docket No. 32. Dismissal papers have not been filed. Accordingly, dismissal papers must be filed no later than November 9, 2020.

IT IS SO ORDERED.

Dated: October 26, 2020

                                                      _____
                                                    Nancy J. Koppe
                                                    United States Magistrate Judge