Dora V. Lane, Esq., Nevada Bar No. 8424
dlane@hollandhart.com
S. Jordan Walsh, Esq., Nevada Bar No. 13481
sjwalsh@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Defendant*
*Great Basin Water Co.*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD BOSKOVICH, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT BASIN WATER CO., DOES 1-x;<br>ROE CORPORATIONS I-X.,<br><br>Defendant. | CASE NO.: 2:19-cv-01001-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISIMISS WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiff Ronald Boskovich ("Plaintiff") and Defendant Great Basin Water Co ("Defendants), through their respective undersigned counsel, that the above-captioned action is hereby dismissed with prejudice, with each party bearing its own attorneys' fees and costs incurred in pursuing or defending the action.

The parties stipulate and request that an order approving this stipulation be entered.

//
//
//
//
//

1

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED:

Dated: October 29, 2020.

By: *Dora V. Lane*
Dora V. Lane, Esq.
S. Jordan Walsh, Esq.
Holland & Hart
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorney for Defendant*
*Great Basin Water Co.*

Dated: October 29, 2020

By: _____
Jenny L. Foley, Ph.D., Esq.
HKM Employment attorneys LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 625-3839

*Attorney for Plaintiff*
*Ronald Boskovich*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 2, 2020

2

# CERTIFICATE OF SERVICE

I certify that on October 29, 2020, I served a copy of the foregoing STIPULATION AND ORDER TO DISMISS WITH PREJUDICE on all parties by:

☐ Certified Mail, Return Receipt Requested
☐ Hand Delivery
☐ Fax
☒ U.S. Mail or E-mail (as indicated below)

At the following contact address:

Jenny L. Foley, Ph.D., Esq.
*By E-mail to jfoley@hkm.com*

*Attorney for Plaintiff
Ronald Boskovich*

/s/ Amanda De La Rosa
Amanda De La Rosa

15629356_v1

3